IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOY RACER, INC., | CASE NO. CV F 11-1935 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 9.) |
| vs. | |
| JOHN DOE, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters and dates, including the March 22, 2012 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   February 16, 2012**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE